ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 10 2007
U.S. COURT OF FEDERAL CLAIMS

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,

Plaintiff, Case No.

-v-

THE UNITED STATES

Defendant.

/

Phillip G. Alber (P24806)
ALBER CRAFTON, PSC
Attorneys for Plaintiff
2301 West Big Beaver Road, Suite 300
Troy, MI 48098
(248) 822-6190
(248) 822-6191 – fax
palber@albercrafton.com

/

**PLAINTIFF'S DISCLOSURE STATEMENT**

NOW COMES, Plaintiff, State Automobile Mutual Insurance Company, and pursuant to RCFC 7.1, discloses and states that Plaintiff is a wholly owned subsidiary of the State Auto Financial Corporation, which is an Ohio corporation. The stock of State Auto Financial Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of State Auto Financial Corporation.

Respectfully submitted
**ALBER CRAFTON, PSC**

By: [signature]
Phillip G. Alber (P24802)
Attorneys for Plaintiff, State Auto
2301 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 822-6190

Date: July 3, 2007
F:\DOCS\8505\025\MISC\00066121.DOC

ALBER CRAFTON, PLLC ATTORNEYS AT LAW 2301 West Big Beaver Road · Suite 300 · Troy, MI 48084 · Telephone: 248-822-6190 · Facsimile: 248-822-6191