IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED THIRD MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including December 10, 2007, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on November 9, 2007. This is defendant's third request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

Defendant requests an enlargement of time because the parties are continuing to discuss the possibility of settlement. Defendant would like to pursue these discussions further before it prepares and files a response to the complaint.

In addition, the enlargement is requested because of counsel of record's workload, which includes an opposition to a motion to transfer due on November 16, 2007 in the case of ACC Construction Co. v. United States, No. 07-379C, a response to the complaint due on November 19, 2007 in Feggins v. United States, No. 07-614C, and discovery in the cases of Edge Construction Co. v. United States, No. 06-635C, and Hoh River Timber Co. v. United States, No. 06-418C.

For this reason, defendant respectfully requests that the Court grant its motion for a 30-day enlargement of time, to and including December 10, 2007, within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

November 7, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of November, 2007, a copy of the foregoing "DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim