# In the United States Court of Federal Claims

No. 07-516 C

(Filed: November 16, 2007)

***********************************
**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
***********************************

## ORDER

This case is before the Court on the Government's third consecutive motion for an extension of time to respond to the complaint. On August 30, 2007, eleven days before the response was originally due, the Government requested a one month extension, to October 10, 2007. On October 3, 2007, seven days before the first extended deadline, the Government requested another one month extension, to November 9, 2007. On November 7, 2007, two days before the second extended deadline, the Government filed its latest request for a one month extension, to December 10, 2007.

In its last two motions, the Government stated that the extensions of time were requested because the parties had begun discussing the possibility of settlement and wanted more time to pursue such discussions. In the most recent motion for extension, the Government also stated that the extension of time is necessary "because of counsel of record's workload."

The Court hereby GRANTS the Government's present motion for an extension of time. The Government's response to the complaint shall be due on or before **December 10, 2007**. In addition, the Government shall file a short status report (1 or 2 pages) on **December 3, 2007**, briefly discussing the state of settlement negotiations and the Government's expectations regarding its ability to timely respond to the complaint.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge