IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT
AND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to the Court's order of December 7, 2007, defendant respectfully submits this status report setting forth a summary of the state of settlement negotiations between the parties. In addition, pursuant to RCFC 6(b) defendant respectfully requests an enlargement of time of 30 days, to and including February 8, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on January 9, 2007. This is defendant's fifth request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

The parties have reached a tentative agreement to settle this matter. Undersigned counsel has received plaintiff's written settlement offer and has requested authority to finalize the settlement. However, because approval (or denial) of authority to settle this matter has not yet been given, defendant respectfully requests an enlargement of time of 30 days, to and including February 8, 2008, within which to file its response to plaintiff's complaint.

For this reason, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time, to and including February 8, 2008, within which to file its response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

January 3, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of January, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim