IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY

Pursuant to the Court's order of January 18, 2008, defendant respectfully submits this status report setting forth a summary of the state of settlement negotiations between the parties. In addition, defendant respectfully requests that the Court stay this matter for 45 days, to and including March 24, 2008. Defendant's response to the complaint is currently due on or before February 8, 2008. Defendant has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion to stay.

The parties have reached a tentative agreement to settle the claims that are currently before the Court. However, plaintiff has raised additional claims relating to the underlying contract but which are not currently included in the complaint. The parties are negotiating to resolve these additional claims, along with the claims in the complaint, and would like an opportunity to continue these negotiations.

For this reason, defendant respectfully requests that the Court grant its unopposed motion to stay.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

February 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of February, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim