IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY

Pursuant to the Court's order of February 29, 2008, defendant respectfully submits this status report setting forth a summary of the state of settlement negotiations between the parties. In addition, defendant respectfully requests that the Court stay this matter for an additional 30 days, to and including April 23, 2008. Defendant has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion to stay.

The parties have reached a tentative agreement to settle the claims that are currently before the Court. However, plaintiff has raised additional claims relating to the underlying contract but which are not currently included in the complaint. The parties are negotiating to resolve these additional claims, but it is apparent that resolution may take some time, and will likely be addressed using alternative dispute resolution. Accordingly the parties have determined to proceed with efforts to settle those claims that are currently before the Court and, in that regard, counsel for the government is waiting for authority to finalize that settlement.

For this reason, defendant respectfully requests that the Court grant its unopposed motion to stay this case for an additional 30 days.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

March 21, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of March, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim