# In the United States Court of Federal Claims

No. 07-516 C

(Filed: March 26, 2008)

| | |
|---|---|
| ********************************** | |
| **STATE AUTOMOBILE MUTUAL** | * |
| **INSURANCE COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

This case is before the Court on the seventh consecutive motion for an extension of time or for a stay of proceedings. On February 29, 2008, the Court had granted the parties' motion for a stay of proceedings to permit the parties time to evaluate additional claims not currently alleged in the pleadings. The parties indicated that a tentative settlement agreement had already been reached on the claims currently alleged.

In the most recent status report, the Government stated that the parties have now decided not to pursue settlement of the un-plead claims, and requested an extension of the stay for 30 more days.

The Court GRANTS the Government's motion for an extension of the stay. The Government's response to Plaintiff's complaint shall be due on or before **May 2, 2008**. However, the Court does not anticipate granting any further extensions of time or extending the stay of proceedings. The parties will be free to pursue settlement in tandem with the progression of this case toward judgment.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge