IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO STAY

Defendant respectfully requests that the Court stay this matter for an additional 45 days, to and including June 16, 2008. Defendant has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion to stay.

The parties have reached an agreement to settle this case. The parties have executed the settlement agreement, and are awaiting payment of funds. It is expected that it will take approximately 4-6 weeks for payment to be made. Defendant recognizes that, in its March 26, 2008 Order, the Court stated that it did not expect to grant any further extensions of time or continue the stay of this matter. However, given that the parties have reached a final settlement of this matter, and are merely awaiting payment of the settlement proceeds, defendant respectfully requests that the Court extend the stay of this case for an additional 45 days.

For this reason, defendant respectfully requests that the Court grant its unopposed motion to stay this case for an additional 45 days.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

April 28, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of April, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim