IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY

Pursuant to the Court's May 1, 2008 order, defendant respectfully submits this status report. The parties have reached an agreement to settle this case. The parties have executed the settlement agreement, and are awaiting payment of funds. It is expected that it will take approximately 1-2 additional weeks for payment to be made. Accordingly, defendant respectfully requests that the Court stay this matter for an additional 14 days, to and including June 30, 2008. Defendant has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion to stay.

For this reason, defendant respectfully requests that the Court grant its unopposed motion to stay this case for an additional 14 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

June 16, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of June, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim