IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND MOTION TO STAY

Pursuant to the Court's June 19, 2008 order, defendant respectfully submits this status report. The parties have reached an agreement to settle this case. The parties have executed the settlement agreement, and funds have been paid. On June 17, 2008, and again on the morning of June 30, 2008, defendant sent to plaintiff a proposed joint stipulation of dismissal of this action. Plaintiff has not filed, or otherwise commented upon, the joint stipulation. Counsel for defendant has attempted to contact counsel for plaintiff regarding the status of the joint stipulation of dismissal, but has not yet heard back from counsel for plaintiff. Accordingly, defendant respectfully requests that the Court stay this matter for an additional 7 days, to and including July 7, 2008, to enable plaintiff to review, and the parties to file, the joint stipulation.

For this reason, defendant respectfully requests that the Court grant its motion to stay this case for an additional 7 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

June 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of June, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim