IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-516C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Court of Federal Claims Rule 41(a)(1)(ii), defendant, the United States, and plaintiff, State Automobile Mutual Insurance Company, hereby stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

/s Phillip G. Alber
PHILLIP G. ALBER
Alber Crafton, PSC
2301 West Big Beaver Road
Suite 300
Troy, MI 48084
(248) 822 6190

Attorney for Plaintiff

Dated: July 1, 2008

CERTIFICATE OF FILING

I hereby certify that on this 1st day of July, 2008, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s Phillip G. Alber
Alber Crafton, PSC
2301 West Big Beaver Road
Suite 300
Troy, MI 48084
(248) 822 6190